IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:23CR 00031 KGB |
| | ) | |
| BRIAN COX | ) | |
| | ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendant prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendant is in custody or has been released pending trial.

JONATHAN D. ROSS
United States Attorney

*Amanda Fields*
AMANDA FIELDS
AR Bar # 2009078
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Amanda.Fields@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

7 February 2023
DATE

_____
UNITED STATES MAGISTRATE JUDGE