MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): __5mins__
ARRAIGNMENT, Length of Hearing (minutes): __5mins__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

United States of America

v.                          Case No.: 4:23CR00031-01 KGB

Brian Cox

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 22 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: __2/22/2023__            Deft is ✓ is not ___ in custody
Continued Until: _____            ___ Deft did not appear
Reason for continuance _____      ___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Amanda Fields**
Defense Counsel: __John Bartelt__                    (**Appointed**/ Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT                CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓                               Not Guilty _____
Guilty (indicates desire) _____          Guilty _____
Nolo Contendere (desire) _____           Nolo Contendere _____

✓ Demands Trial by Jury                    _____ Waives Jury Trial
                                                   Deft agrees _____
                                                   Govt agrees _____

### BAIL
Bail Set at: _____ By: _____ Date: _____

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **3/27/2023 @ 9:30 a.m., before the Honorable Judge Kristine G. Baker in Room 4D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: __2/22/2023__                SO ORDERED: _____
                                   **U. S. MAGISTRATE JUDGE**