IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case No. 4:23-cr-00031 KGB

BRIAN COX     DEFENDANT

## ORDER

Before the Court is attorney Omar Greene's motion to terminate legal representation for defendant Brian Cox (Dkt. No. 27). For good cause shown, Mr. Greene's motion to be relieved as attorney for Mr. Cox is granted (Dkt. No. 27). Mr. Greene is no longer assigned as counsel of record for Mr. Cox.

Mr. Cox has been represented by private counsel, not Court-appointed counsel, in this matter. Therefore, pursuant to General Order No. 57, the Federal Public Defender's Office is directed to have Mr. Cox complete a CJA-23 Financial Affidavit to determine if he is eligible for the appointment of counsel and file it with the Court. If Mr. Cox has retained private counsel to represent him, that individual should immediately enter a formal notice of appearance in this case. If Mr. Cox seeks to proceed *pro se* and represent himself in this matter, he must immediately notify the Court in writing of his intention to do that, and the Court will take that issue up at a status conference.

A copy of this Order should also be sent to the Federal Public Defender's Office and all counsel of record, including but not limited to Mr. Greene.

It is so ordered this 28th day of June, 2023.

_____
Kristine G. Baker
United States District Judge