IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case no. 4:23-cr-00031 KGB

BRIAN COX     DEFENDANT

## MOTION TO CONTINUE

Comes now the Defendant by and through his Attorney Robert Newcomb and for his Motion to Continue states;

1. The United States Assistant Attorney Amanda Fields has indicated to counsel that there will be a superseded indictment but has not filed those yet.
2. There would need to be time to prepare a defense to those new counts.
3. The ends of justice would be met by not having to have two trials.

WHEREFORE it is respectively prayed that the Court will continue this matter.

Respectfully submitted,

*/s/ Robert A. Newcomb*
Robert A. Newcomb
P.O. Box 149
Little Rock, AR 72203
P: (501) 372-5577
F: (501) 372-6025
robertnwcmb@aol.com
newcomboffice@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing was served via Pacer this 25th day of October, 2023, to:

Amanda Fields
U. S. Attorney's Office
Eastern District of Arkansas
amanda.fields@usdoj.gov

*Robert A. Newcomb*
Robert A. Newcomb