## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                                      Case no. 4:23-cr-00031 KGB

BRIAN COX                                                        DEFENDANT

### MOTION TO CONTINUE

Comes now the Defendant by and through his Attorney Robert Newcomb and for his Motion to Continue states;

1. The United States Assistant Attorney Amanda Fields has indicated to counsel that there will be a superseded indictment but has not filed those yet.

2. The United State Assistant Attorney Amanda Fields has also indicated that she would send a Plea Offer on this matter and Counsel for the Defendant has not been able to get a response from her concerning such Plea Offer after several follow-ups.

3. There would need to be time to discuss said Plea Offer with the Defendant and time limitations are limited since he is in the Saline County Detention Center.

4. The ends of justice would be met by not having to have two trials.

WHEREFORE it is respectfully prayed that the Court will continue this matter.

Respectfully submitted,

Robert A. Newcomb
P.O. Box 149
Little Rock, AR 72203
P: (501) 372-5577
F: (501) 372-6025
robertnwcmb@aol.com
newcomboffice@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served via Pacer this _11_ day of April, 2024, to:

Amanda Fields
U. S. Attorney's Office
Eastern District of Arkansas
amanda.fields@usdoj.gov

Robert A. Newcomb