IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                        Case No. 4:23-cr-00031 KGB

BRIAN COX                                                               DEFENDANT

## **ORDER**

Pending is defendant Brian Cox's motion for continuance of his April 15, 2024, trial date (Dkt. No. 38).  Counsel for the government has communicated to the Court that she does not object to the motion.

The Court has fully considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred on the defendant's behalf.

It is therefore ordered that Mr. Cox's motion for continuance of his April 15, 2024, trial date is hereby granted (Dkt. No. 38).  Therefore, this matter is rescheduled for jury trial to begin at ***9:30 a.m. the week of Monday, October 7, 2024,*** in Little Rock, Arkansas.  Counsel are to be present 30 minutes prior to trial.

Counsel for the parties shall file a joint report with the Court on or before ***September 6, 2024***, which is 30 days prior to trial, answering the following questions:

1. Is this case ready for trial or a plea?

2. If trial-ready, how many trial days do counsel anticipate they will need?

3. If a party intends to seek a continuance of the current trial setting, how long a delay will be requested and why?

The Court reminds the parties of the Pretrial Discovery Order For Criminal Cases entered by this Court and of the parties' obligations set forth in that Order.  To the extent any deadlines set forth in this Order conflict with the Court's previously entered Pretrial Discovery Order For Criminal Cases, the deadlines set forth in this Order control.

If the defendant requests, the government must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(a)(1)(G) 60 days before trial.  If the government requests, the defendant must provide the written summary about expert testimony required by Federal Rule of Criminal Procedure 16(b)(1)(C) 30 days before trial.  These obligations do not attach to the first trial setting.

Counsel for the parties shall file with the Court on or before ***September 16, 2024***, which is 21 days prior to trial, any pre-trial motions including but not limited to motions to suppress.  A response to any motion is due seven calendar days after the motion is filed.

Counsel for the parties shall submit jury instructions electronically to the Court at kgbchambers@ared.uscourts.gov on or before ***September 23, 2024***, which is 14 days prior to trial.

It is further ordered that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, specifically 18 U.S.C. § 3161(h)(7)(A) as to the defendant.

Dated this 11th day of April, 2024.

_____
Kristine G. Baker
Chief United States District Judge

2