**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **Case no. 4:23-cr-00031 KGB**

**BRIAN COX**                                                 **DEFENDANT**

<u>**DEFENDANT'S REPORT**</u>

Comes now the Defendant by and through his Attorney Robert Newcomb and for his Report states;

1. The United States Assistant Attorney Amanda Fields has indicated to counsel that there will be a superseded indictment but has not filed those yet.

2. Counsel for the Defendant has attempted to make contact with United States Assistant Attorney Amanda Fields to discuss a plea with no success other than preliminary meeting.

3. Defendant would like to receive a plea offer to resolve this matter.

WHEREFORE it is respectively prayed that the Court will continue this matter and direct the Government to indicate if it is or is not willing to engage in plea negotiation.

Respectfully submitted,

<u>/s/ Robert Newcomb</u>
Robert A. Newcomb
P.O. Box 149
Little Rock, AR 72203
P: (501) 372-5577

F: (501) 372-6025
robertnwcmb@aol.com
newcomboffice@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing was served via Pacer this 10th day of September, 2024, to:

Amanda Fields
U. S. Attorney's Office
Eastern District of Arkansas
amanda.fields@usdoj.gov

/s/ Robert Newcomb
Robert A. Newcomb